```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 08 B 08796
    RICARDO RIVERA
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-1083


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/11/2008 and was confirmed 06/12/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/29/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
MIRIAM RIVERA              NOTICE ONLY     NOT FILED          .00           .00
WELLS FARGO MORTGAGE       CURRENT MORTG        .00           .00           .00
WELLS FARGO MORTGAGE       MORTGAGE ARRE   2976.60            .00        2976.60
INTERNAL REVENUE SERVICE   NOTICE ONLY     NOT FILED          .00           .00
ANDREW J NELSON            NOTICE ONLY     NOT FILED          .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED       1829.51            .00           .00
ASSET ACCEPTANCE CORP      UNSECURED        406.84            .00           .00
JDAD INC                   UNSECURED       2156.93            .00           .00
PIERCE & ASSOC             NOTICE ONLY     NOT FILED          .00           .00
PHILIP A IGOE              DEBTOR ATTY         .00                          .00
TOM VAUGHN                 TRUSTEE                                       248.40
DEBTOR REFUND              REFUND                                           .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    3,225.00

PRIORITY                                             .00
SECURED                                         2,976.60
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                              248.40
DEBTOR REFUND                                        .00
                       --------------        --------------
TOTALS                     3,225.00             3,225.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 08796 RICARDO RIVERA

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE